**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**

**CRIMINAL NO.  2:06CR4**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **MICHAEL EDWARD SLEE** | ) | |
| | ) | |


**THIS MATTER** is before the Court on motion of Defendant's

appellate counsel for an order releasing copies of the Defendant's

presentence report and any objections or addendums filed therewith.

For the reasons set forth in the motion,

**IT IS, THEREFORE, ORDERED** that counsel's motion for a copy of

the Defendant's presentence report and related documents is **ALLOWED.**

The United States Probation Office is hereby authorized to make available

these documents to appellate counsel forthwith.

Signed: March 10, 2008

Lacy H. Thornburg
United States District Judge